IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WINSOR E. COOKS,

    Plaintiff,

v.                                                                                                                4:13cv37-WS

KENNETH TUCKER, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 7) docketed April 5, 2013. The magistrate judge recommends that the case be dismissed for failure to state a claim upon which relief may be granted. The plaintiff has filed objections (doc. 8) to the report and recommendation.

The magistrate judge correctly determined that, to the extent the plaintiff's claim is a challenge to the legality of his conviction or sentence, it is barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). The plaintiff, however, suggests that his claim does *not* call into question his conviction or sentence, but—instead—calls into question the Florida Department of Correction's authority to detain him under Fla. Stat. § 944.17(5), which provides that the department shall "refuse to accept a person into the state correctional system" unless certain documents are presented, including "[a] copy of the probable cause affidavit for each offense identified in the current indictment or

information." According to the plaintiff, he was admitted to the custody of the department without the required probable cause affidavits. Because Fla. Stat. § 944.17(5) "does not create a cause of action that can be asserted by an inmate," *Sykes v. State of Florida*, 31 So. 3d 846 (2010), the plaintiff cannot state a claim based upon the department's lack of required documents.

Having reviewed the record, the court finds that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 7) is ADOPTED and incorporated by reference into this order.

2. The plaintiff's complaint and this action are DISMISSED for failure to state a claim upon which relief may be granted.

3. The clerk shall enter judgment stating: "This action is dismissed."

DONE AND ORDERED this ____26th____ day of ____April____, 2013.

                                  s/ William Stafford
                                  WILLIAM STAFFORD
                                  SENIOR UNITED STATES DISTRICT JUDGE